UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DR. AGDEL JOSE HERNANDEZ-COLON,
Plaintiff,

v.   3:23-cv-00356(VAB)

KARL CLAVER-OBINNA and SABIH RAHMAN,
Defendants.

## JUDGMENT

This action having come before the Court on defendants' Motion for Summary Judgment before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law, and having filed its Ruling and Order granting said motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants, Dr. Karl Claver-Obinna and Dr. Sabih Rahman, and this case is closed.

Dated at New Haven, Connecticut, this 25th day August, 2025.

DINAH MILTON KINNEY, CLERK

BY:  /s/ F. Velez
     Frances Velez, Deputy Clerk

EOD: 8/25/25